IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

ABDIFATAH ABUKAR,
Individually and on behalf of
All others similarly situated,

    Plaintiffs,                                         Case No. 2:2019cv00838

v.

REYNOLDS MACHINE CO. LLC,

    Defendant.

## STIPULATION TO ENLARGE TIME FOR RESPONSIVE PLEADING

The parties, through their undersigned counsel, stipulate that the Defendant may answer or otherwise respond to the Complaint on or before Friday, July 12, 2019. The parties agree that the 10-days in the extended period shall not count against any putative class statute of limitations, such limitations being tolled during that 10-day period.

Dated this 20th day of June, 2019.

                                       HAWKS QUINDEL, S.C.
                                       Attorneys for Plaintiffs

                                       *s/ Timothy P. Maynard*
                                       Larry A. Johnson, SBN 1056619
                                       Summer H. Murshid, SBN 1075404
                                       Timothy P. Maynard, SBN 1080953
                                       Hawks Quindel, S.C.
                                       222 East Erie Street, Suite 210
                                       PO Box 442
                                       Milwaukee, WI 53201-0442
                                       Telephone: 414-271-8650
                                       Fax: 414-271-8442
                                       Email:     ljohnson@hq-law.com
                                                            smurshid@hq-law.com
                                                            tmaynard@hq-law.com

1

Dated this 20th day of June, 2019.

                SORRENTINO BURKERT RISCH LLC

                *s/ Michael D. Huitink*
                Carlos R. Pastrana
                State Bar No. 1088286
                Michael D. Huitink
                State Bar No. 1034742
                *Attorneys for Defendant Reynolds Machine Company, LLC*

**CONTACT INFORMATION**
675 N Barker Rd., Suite 300
Brookfield, WI 53045
Phone: (262) 513-3315
Fax:    (262) 513-3318
Email: mhuitink@sbrlaw.us
Email: cpastrana@sbrlaw.us