IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**ABDIFATAH ABUKAR,**
individually, and on behalf of
all others similarly situated,

      Plaintiff,               CASE NO. 19-cv-838-JPS

    v.

**REYNOLDS MACHINE CO LLC and**
**SUSSEK MACHINE COMPANY LLC**

      Defendants.

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT

Pursuant to FED. R. CIV. P. 23, Plaintiff Abdifatah Abukar ("Plaintiff"), on behalf of himself and the 29 U.S.C. § 216(b) Collective Action Members and FED. R. CIV. P. 23 Class Action Members (collectively "Plaintiffs" hereinafter), hereby respectfully requests the Court fully and finally approve the Parties' Settlement Agreement in this matter. Defendant does not oppose this motion.

    1.    The Parties reached a settlement agreement to resolve Plaintiffs' claims on a class-wide basis.

    2.    On March 3, 2020, the Court entered an Order Granting Preliminary Approval of the Amended Settlement Agreement, which found the settlement agreement was fair, reasonable, and adequate, certified this matter as a class action

pursuant to Fed. R. Civ. P. 23, approved the form and content of the Notice sent to Class Members, and set the fairness hearing. (ECF No. 40.)

3. Class Counsel sent the approved notice pursuant to the Court's Order (ECF No. 40) and filed their unopposed motion for an award of attorneys' fees and costs (ECF No. 50) which is currently pending.

4. As the notice period has closed, there have been no objectors, nor excluders, Plaintiff moves the Court for final approval and respectfully requests the Court enter the proposed order filed with this motion.

Dated this 30th day of April, 2020.

Respectfully submitted,

*s/ Timothy P. Maynard*
Larry A. Johnson
Bar Number 1056619
Summer Murshid
Bar Number 1075404
Timothy Maynard
Bar Number 1080953

**Hawks Quindel, S.C.**
222 East Erie, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
Telephone: 414-271-8650
Fax: 414-271-8442
E-mail: ljohnson@hq-law.com
smurshid@hq-law.com
tmaynard@hq-law.com

Class Counsel