# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ABDIFATAH ABUKAR, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

REYNOLDS MACHINE CO., LLC and SUSSEK MACHINE CO., LLC,

    Defendants.

Case No. 19-CV-838-JPS

**ORDER**

  On January 21, 2020, the parties filed a joint motion for settlement resolving Plaintiff's Fair Labor Standards Act ("FLSA") claims against Defendant. (Docket 36). The Court reviewed and preliminarily approved the settlement agreement on March 3, 2020, and set the matter for a fairness hearing on May 7, 2020. (Docket #40). On April 30, 2020, the plaintiff filed a final motion for settlement approval. (Docket #66). After reviewing the terms of the settlement agreement, (Docket #36-1), the Court finds that the parties' settlement constitutes "a fair and reasonable resolution of [] bona fide dispute[s]" under the FLSA, 29 U.S.C. § 201 *et seq.*; *Lynn Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982); *Walton v. United Consumers Club, Inc.*, 786 F.2d 303, 306 (7th Cir. 1986). As such, and for the reasons explained at the fairness hearing, the Court will grant the motion for final settlement approval, as well as the plaintiff's motion for attorneys' fees and costs, (Docket #50). The Court approves of the settlement agreement, and will incorporate the terms of the parties' proposed order in full below. Finally, as requested, the Court will dismiss this action with

prejudice, except as needed to enforce the terms of the settlement agreement, as described below.

Accordingly,

**IT IS ORDERED** that the plaintiff's motion for attorneys' fees and costs (Docket #50) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the parties' motion for final approval of collective and class action settlement (Docket #66) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the parties' Settlement Agreement (Docket #36-1) be and the same is hereby **APPROVED** as a fair, reasonable, and adequate compromise of bona fide disputes between the parties; and

**IT IS FURTHER ORDERED** that:

1. Class Counsel's request for an award of attorneys' fees of 1/3 of the common settlement fund is reasonable and fair; Hawks Quindel, S.C. shall be awarded $58,333.33 in attorneys' fees plus $5,952.44 in costs.

2. The Settlement Agreement is binding on Defendants, Plaintiff Abukar, the members of the 29 U.S.C. § 216(b) Collective Class who have timely opted-into this matter (as identified in the chart below), and the members of the Rule 23 Class that have not timely excluded themselves from this matter (as identified in the chart below).

3. The Parties shall comply with the terms of their Settlement Agreement entered. Defendants Reynolds Machine Co., LLC and Sussek Machine Co., LLC must make the settlement payments pursuant to the schedule in this Order.

4. Specifically, the Court enters a mandatory injunction requiring that Defendants Reynolds Machine Co., LLC and Sussek Machine Co., LLC deliver payments to Plaintiff, the Collective Class Members and

Page 2 of 11
Case 2:19-cv-00838-JPS   Filed 06/30/20   Page 2 of 11   Document 70

the Rule 23 Class Members identified below, in the following amounts, and pursuant to the following schedule within 30 days of the date of this Order:

| LAST NAME | FIRST NAME | SERVICE PAYMENT (1099) | FLSA (W2) | FLSA (1099) | WI LAW (W2) | WI LAW (1099) |
|---|---|---|---|---|---|---|
| CALARA | ROMMEL | | $446.34 | $446.34 | $595.11 | $297.56 |
| KONECKE | CHRISTOPHER | | | | $595.11 | $297.56 |
| BETHE | RUSSELL | | $0.00 | $0.00 | $0.00 | $0.00 |
| SADLER | FRANKLIN | | | | $595.11 | $297.56 |
| COUTLEY | TIMOTHY | | $446.34 | $446.34 | $595.11 | $297.56 |
| ZION | PAUL B. | | $446.34 | $446.34 | $595.11 | $297.56 |
| MILLERMON | ROGER | | $425.27 | $425.27 | $567.02 | $283.51 |
| ABBOTT | BRIAN | | | | $595.11 | $297.56 |
| YAMAT | FREDERICK | | $446.34 | $446.34 | $595.11 | $297.56 |
| YAMAT | JIMMY | | $446.34 | $446.34 | $595.11 | $297.56 |
| YAMAT | NINOY | | | | $10.68 | $5.34 |
| YAMAT | LEONARDO | | $398.93 | $398.93 | $531.90 | $265.95 |
| NIEMI JR. | JAMES | | | | $397.18 | $198.59 |
| VIRAY | PABLITO | | $446.34 | $446.34 | $595.11 | $297.56 |
| STEWART | THOMAS | | $446.34 | $446.34 | $595.11 | $297.56 |
| OLESON | JUSTIN | | $446.34 | $446.34 | $595.11 | $297.56 |
| RIVERA | REYNALDO | | $446.34 | $446.34 | $595.11 | $297.56 |
| CRUZ | MARNEL | | | | $190.91 | $95.46 |
| GENTELE | RONALD | | $446.34 | $446.34 | $595.11 | $297.56 |
| MASANGCAY | DENNIS | | | | $595.11 | $297.56 |
| RIVERA | RENATO | | | | $595.11 | $297.56 |
| TULOD | MARIO | | $446.34 | $446.34 | $595.11 | $297.56 |
| DIAZ-COLON | ABNER | | $14.85 | $14.85 | $19.79 | $9.90 |
| HODGES | JACK | | $446.34 | $446.34 | $595.11 | $297.56 |
| TRAN | VU | | | | $595.11 | $297.56 |

| Last | First | | | | | |
|---|---|---|---|---|---|---|
| IGNACIO | JORDAN | | $446.34 | $446.34 | $595.11 | $297.56 |
| HERNANDEZ | MARCOS | | | | $595.11 | $297.56 |
| ANGEL | YAP | | $446.34 | $446.34 | $595.11 | $297.56 |
| BUSTOS | ALEJANDRO | | | | $0.00 | $0.00 |
| KASTA | RANDY | | $446.34 | $446.34 | $595.11 | $297.56 |
| MANANSALA | RODOLFO | | $446.34 | $446.34 | $595.11 | $297.56 |
| MALDONADO | JUAN | | $446.34 | $446.34 | $595.11 | $297.56 |
| FALCIS | EULOGIO | | | | $26.11 | $13.05 |
| GENTELE | JEROMY | | $446.34 | $446.34 | $595.11 | $297.56 |
| MURILLO | FLORENTINE | | $446.34 | $446.34 | $595.11 | $297.56 |
| WEBBER | RANDY | | $446.34 | $446.34 | $595.11 | $297.56 |
| NAYLOR | RYAN | | | | $185.20 | $92.60 |
| CZYSZ | BRYAN | | $446.34 | $446.34 | $595.11 | $297.56 |
| BAATZ | MICHAEL | | $446.34 | $446.34 | $595.11 | $297.56 |
| YUMANG | RUEL | | $446.34 | $446.34 | $595.11 | $297.56 |
| POTEGA | ADAM | | $446.34 | $446.34 | $595.11 | $297.56 |
| MICKELSON | JASON | | $446.34 | $446.34 | $595.11 | $297.56 |
| GALLEGOS | RICARDO | | | | $289.91 | $144.96 |
| UDOVICH | JOHN | | $196.36 | $196.36 | $261.82 | $130.91 |
| POPE | VANN | $2,000.00 | $502.46 | $502.46 | $669.95 | $334.98 |
| DVORNIK | MATTHEW | | $446.34 | $446.34 | $595.11 | $297.56 |
| YAMAT | JAIHSON | | $446.34 | $446.34 | $595.11 | $297.56 |
| JAWORSKI | DONALD | | $446.34 | $446.34 | $595.11 | $297.56 |
| MANANSALA | ROBERT | | | | $595.11 | $297.56 |
| CLAYWELL | MATTHEW | | | | $2.37 | $1.19 |
| HODGES | CHLOE | | $188.68 | $188.68 | $251.57 | $125.78 |
| FELIX | DANIEL | | $135.52 | $135.52 | $180.69 | $90.35 |
| RICHARDS | ROBERT | | | | $595.11 | $297.56 |
| DEDIEGO | GUILLERMO | | $75.18 | $75.18 | $100.24 | $50.12 |
| BARBIAN | GERALD | | | | $595.11 | $297.56 |
| DAY | VICTOR | | | | $221.56 | $110.78 |

| | | | | | | |
|---|---|---|---|---|---|---|
| HERNANDEZ | ROGOLIO | | $56.03 | $56.03 | $74.70 | $37.35 |
| BECKER | RICHARD | | $408.51 | $408.51 | $544.68 | $272.34 |
| CAROLINA | OTIS | | | | $214.39 | $107.19 |
| REEVES | BYRON | | | | $256.04 | $128.02 |
| MOORE | PHEROH | | $129.30 | $129.30 | $172.39 | $86.20 |
| NIX | TYRI | | | | $111.10 | $55.55 |
| HERNANDEZ | TYRONE | | $31.61 | $31.61 | $42.14 | $21.07 |
| MULLER | THOMAS | | $92.54 | $92.54 | $123.39 | $61.69 |
| IVERSON | DERRICK | | $193.46 | $193.46 | $257.95 | $128.98 |
| NUNEZ-MORROBEL | EDWIN | | | | $226.67 | $113.33 |
| WILSON | TREVOR | | $91.94 | $91.94 | $122.59 | $61.30 |
| MEETZ | JEREMIAH | | $250.25 | $250.25 | $333.67 | $166.83 |
| STELLOH | ALEC | | $196.34 | $196.34 | $261.78 | $130.89 |
| ENRIQUEZ | JACOB | | $74.23 | $74.23 | $98.97 | $49.48 |
| ARNOLD | STEVEN | | $79.01 | $79.01 | $105.35 | $52.68 |
| ZION | PAUL G. | | $446.34 | $446.34 | $595.11 | $297.56 |
| EMMER | DALE | | $150.37 | $150.37 | $200.49 | $100.24 |
| BEHLING | TIMOTHY | | | | $80.45 | $40.23 |
| GIGOWSKI | CHAD | | | | $213.26 | $106.63 |
| GONZALEZ | MIGUEL | | | | $146.85 | $73.43 |
| FLOWERS | CAMEO | | $253.32 | $253.32 | $337.76 | $168.88 |
| MARTIN III | ALVIN | | $209.75 | $209.75 | $279.66 | $139.83 |
| MATLOCK | SHAWN | | | | $289.24 | $144.62 |
| WILLIAMS | TRAVIS | | $172.39 | $172.39 | $229.86 | $114.93 |
| IRIZARRY | CARLOS | | $131.69 | $131.69 | $175.59 | $87.79 |
| VALENTINO | LANDO | | $223.63 | $223.63 | $298.18 | $149.09 |
| JELKS | JAHARRIE | | | | $229.86 | $114.93 |
| ARROYO | CARLOS | | $169.04 | $169.04 | $225.39 | $112.69 |
| ABUKAR | ABDIFATAH | $5,000.00 | $158.03 | $158.03 | $210.70 | $105.35 |
| DELEON | LEON | | | | $74.70 | $37.35 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SOTO | MIGUEL | | | | $199.21 | $99.61 |
| CRUZ | STEVEN | | | | $24.26 | $12.13 |
| CERNY JR. | KARL | | $123.07 | $123.07 | $164.09 | $82.05 |
| CERNY | KARL T. | | $106.31 | $106.31 | $141.75 | $70.87 |
| BUCHTING | ALVARO | | | | $50.44 | $25.22 |
| CRUZ | BENJAMIN | | $71.83 | $71.83 | $95.77 | $47.89 |
| GOMEZ-HERNANDEZ | PEDRO | | | | $65.77 | $32.88 |
| BIVENS | RICHARD | | | | $160.09 | $80.04 |
| HILLS | TRAIVIONE | | | | $0.64 | $0.32 |
| NELSON | QUINTARIUS | | | | $2.14 | $1.07 |
| LUNA | JONATHON | | | | $0.02 | $0.01 |
| BRUNELLE | STEVEN | | | | $4.87 | $2.43 |
| THOMAS | JABARIE | | | | $1.75 | $0.88 |
| JUAREZ | JOSE | | | | $5.84 | $2.92 |
| ALCALA | CHRISTIAN | | | | $4.09 | $2.04 |
| CARTER | DIAMONTE | | | | $1.75 | $0.88 |
| FLATEN | GABRIEL | | $0.88 | $0.88 | $1.17 | $0.58 |
| KEIL | ROCK | | | | $0.58 | $0.29 |
| HILLS | CHRISTOPHER | | | | $0.39 | $0.19 |
| MILLER | EARL | | | | $0.58 | $0.29 |
| JONES | JOHNNIE | | | | $11.29 | $5.65 |
| MORRIS | DONOVAN | | | | $5.65 | $2.82 |
| MERCEDES | DANIEL | | | | $0.19 | $0.10 |
| VARGAR | EDWARD | | | | $0.10 | $0.05 |
| CAMPBELL | MARIAN | | | | $6.43 | $3.21 |
| BURDICK | LEONARDO | | | | $3.89 | $1.95 |
| GARCIA | CECILIO | | | | $0.19 | $0.10 |
| GLOVER | LAMARR | | | | $0.39 | $0.19 |
| PANKEY | RAQUAN | | $18.84 | $18.84 | $25.12 | $12.56 |
| TUCKER | ARREIUM | | | | $0.97 | $0.49 |

| Last | First | | | | | |
|---|---|---|---|---|---|---|
| BEAMON | LAFAYETTE | | | | $0.19 | $0.10 |
| TRUJILLO | JUAN | | | | $0.19 | $0.10 |
| WARD | WESLEY | | | | $0.39 | $0.19 |
| MATHEWS | SAMUEL | | | | $1.17 | $0.58 |
| ROBERTSON | MAURICE | | | | $13.44 | $6.72 |
| TURNER | LAJUAN | | | | $12.27 | $6.13 |
| VALLEJO | PEDRO | | | | $2.14 | $1.07 |
| BAUMANN | TIMOTHY | | | | $1.36 | $0.68 |
| BENTLEY | LEROY | | | | $8.37 | $4.19 |
| FARIAS | ISMAEL | | | | $10.90 | $5.45 |
| RAMIREZ | GUSTAVO | | | | $5.45 | $2.73 |
| LOPEZ | MICHAEL | | | | $3.12 | $1.56 |
| SANCHEZ | JOSE | | | | $43.03 | $21.52 |
| KUHL | MICHAEL | | | | $1.56 | $0.78 |
| FLORES | JOSE | | $2.19 | $2.19 | $2.92 | $1.46 |
| GUZMAN | EMMANUEL | | $7.01 | $7.01 | $9.35 | $4.67 |
| MAYS | LONELL | | $11.25 | $11.25 | $14.99 | $7.50 |
| CAJSKI | RYAN | | $6.98 | $6.98 | $9.30 | $4.65 |
| JAMES | DARRELL | | | | $8.96 | $4.48 |
| LONGORIA | ROBERTO | | | | $6.23 | $3.12 |
| BOETTCHER | MICHAEL | | | | $4.28 | $2.14 |
| VILLALOBOS | DAVID | | | | $0.19 | $0.10 |
| O'NEAL | ROGER | | | | $0.97 | $0.49 |
| HAMERICK | MICHAEL | | | | $22.39 | $11.20 |
| SORENSON | ROBERT | | | | $11.29 | $5.65 |
| BORGES | ANTONIO | | | | $2.92 | $1.46 |
| DONNELL | CHRISTOPHER | | | | $1.56 | $0.78 |
| LEE | JAY | | | | $0.19 | $0.10 |
| TATE | CLIFTON | | $11.39 | $11.39 | $15.19 | $7.59 |
| JOPEK | JEFFREY | | $8.62 | $8.62 | $11.49 | $5.74 |
| SCHNUCK | CHRISTOPHER | | | | $0.97 | $0.49 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CARTER | DERRION | | | | $2.14 | $1.07 |
| CORTES | HERIBERTO | | | | $2.34 | $1.17 |
| MCKINLEY | JOHN | | | | $11.49 | $5.74 |
| STEPHEN | THOMAS | | | | $0.78 | $0.39 |
| GRANBERRY | JAMES | | | | $12.27 | $6.13 |
| ELENA | ISAAC | | | | $14.02 | $7.01 |
| RIOS | JOE | | | | $4.48 | $2.24 |
| SHAFFER | FORREST | | | | $1.95 | $0.97 |
| ANDERER | JACOB | | | | $3.70 | $1.85 |
| MCCLOUD | COLLIN | | | | $4.09 | $2.04 |
| HOLLOWAY | TIMOTHY | | | | $12.27 | $6.13 |
| NUNO | ANTONIO | | | | $8.96 | $4.48 |
| FERNANDEZ | DIEGO | | $2.04 | $2.04 | $2.73 | $1.36 |
| LEBLANC | BENJAMIN | | | | $1.56 | $0.78 |
| SMITH | MATTHEW | | | | $5.45 | $2.73 |
| HAUS | SHAWN | | | | $3.70 | $1.85 |
| HOLLOWAY | ANTHONY | | | | $0.39 | $0.19 |
| MONTOYA | MICHAEL | | | | $10.13 | $5.06 |
| PHANTUTHAN ALAY | BEEJAY | | | | $1.56 | $0.78 |
| LARACUENTE | GEOVANIE | | | | $0.19 | $0.10 |
| RIVERA | SAMUEL | | $7.74 | $7.74 | $10.32 | $5.16 |
| RIDGEWAY | ROBERT | | | | $3.70 | $1.85 |
| RODRIQUEZ | ROBERTO | | | | $10.13 | $5.06 |
| MEYER | DYLLAN | | | | $12.66 | $6.33 |
| ZORN | ROBERT | | | | $5.26 | $2.63 |
| DAVIS | LOUIS | | | | $0.19 | $0.10 |
| LOVE | TENNESSEE | | $1.46 | $1.46 | $1.95 | $0.97 |
| ERDMAN | ERICK | | $7.16 | $7.16 | $9.54 | $4.77 |
| LOR | YING | | | | $0.19 | $0.10 |
| MARTINEZ | JORGE | | | | $1.56 | $0.78 |

| | | | | | | |
|---|---|---|---|---|---|---|
| VALDEZ | RADIMIR | | | | $0.19 | $0.10 |
| WALSH | COLIN | | | | $9.15 | $4.58 |
| LOPEZ | JULIAN | | | | $0.39 | $0.19 |
| MORALES | NELSON | | | | $1.56 | $0.78 |
| OLVERA | JAPHET | | | | $24.34 | $12.17 |
| OSTROWIECKI | KYLE | | | | $2.73 | $1.36 |
| VARGUS | SAMUEL | | | | $10.13 | $5.06 |
| GREENWOOD | JESUS | | | | $0.12 | $0.06 |
| DAY | DARYL | | $18.99 | $18.99 | $25.31 | $12.66 |
| JOHNSON | FRANKLIN | | | | $2.53 | $1.27 |
| VILLARREAL | RENE | | | | $0.19 | $0.10 |
| WASHINGTON | DELLON | | | | $0.19 | $0.10 |
| CARRILLO | ROBERTO | | | | $3.12 | $1.56 |
| SANTIAGO | HECTOR | | | | $1.56 | $0.78 |
| CARPENTER | BYRON | | $0.29 | $0.29 | $0.39 | $0.19 |
| RIDLEY | JUSTIN | | | | $4.48 | $2.24 |
| WILSON | JACOB | | | | $7.59 | $3.80 |
| PAIGE | ANTOINE | | | | $0.58 | $0.29 |
| HOWARD | DESMOND | | | | $0.19 | $0.10 |
| GAVITT | ANTHONY | | | | $1.36 | $0.68 |
| KILLINGWORTH | LORENZO | | | | $1.75 | $0.88 |
| BOBO | ROBERT | | | | $1.17 | $0.58 |
| GUERRA | JAVIER | | $7.45 | $7.45 | $9.93 | $4.97 |
| JEMISON | ANTHONY | | | | $2.34 | $1.17 |
| BERRY | DARICK | | | | $3.12 | $1.56 |
| BROOKS | LEWIS | | | | $0.19 | $0.10 |
| ZAMORA | FRANCO | | | | $1.56 | $0.78 |
| VILLARREAL | JOEL | | | | $0.19 | $0.10 |
| KONG | JERRY | | | | $0.19 | $0.10 |
| OVERLAND | PHILLIP | | | | $2.53 | $1.27 |
| CALDERON | ISMAEL | | | | $4.48 | $2.24 |

| BROWN | DEMETRIUS | | | | $3.89 | $1.95 |
|---|---|---|---|---|---|---|
| DAY | VICTOR JR. | | | | $6.04 | $3.02 |
| VEASY | JOSEPH | | | | $0.78 | $0.39 |
| CALDERON | ADRIAN | | | | $1.75 | $0.88 |
| ALVAREZ | RONALD | | | | $1.17 | $0.58 |
| WALKER | RAYMOND | | | | $4.87 | $2.43 |
| CHACON | ORLANDO | | | | $9.15 | $4.58 |
| CRUZ | LUIS | | | | $0.08 | $0.04 |

5. Defendants Reynolds Machine Co., LLC and Sussek Machine Co., LLC must deliver payment for attorneys' fees and costs to Hawks Quindel, S.C. in the amount of $64,285.77 within 30 days of the date of this Order.

6. Defendants Reynolds Machine Co., LLC and Sussek Machine Co., LLC must deliver the above payments to Plaintiff's Counsel, at the following address, by the end of business on the date in the above schedule or, if the date above falls on a weekend, the following business day:

> Summer H. Murshid
>
> Hawks Quindel, S.C.
>
> 222 East Erie Street, Suite 210
>
> Milwaukee, WI 53201

7. By consent of the Parties, the Court shall retain jurisdiction for the sole purpose of enforcing the terms of the Settlement Agreement and the mandatory injunction contained herein.

8. Except as provided for in paragraphs 1 through 7 above and as otherwise stated in the Parties' Settlement Agreement (ECF No. 36-1), this matter is dismissed with prejudice. Each party shall bear its own

attorneys' fees and costs not otherwise provided for the Settlement Agreement or this order.

Dated at Milwaukee, Wisconsin, this 30th day of June, 2020.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge