# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

ABDIFATAH ABUKAR, on behalf of himself and all others similarly situated,

                Plaintiff,

v.

REYNOLDS MACHINE CO., LLC and SUSSEK MACHINE CO., LLC,

                Defendants.

Case No. 19-CV-838-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for conditional certification of the FLSA collective action (Docket #17) be and the same is hereby **GRANTED** (Docket #34);

    **IT IS FURTHER ORDERED AND ADJUDGED** that the parties' joint stipulation to certify a class action pursuant to Federal Rule of Civil Procedure 23 (Docket #36-4) be and the same is hereby **ADOPTED**; Abdifatah Abukar shall be appointed class representative and Hawks Quindel, S.C. shall be appointed class counsel (Docket #40);

    **IT IS FURTHER ORDERED AND ADJUDGED** that the parties' motion for final approval of collective and class action settlement (Docket #66) be and the same is hereby **GRANTED** (Docket #70);

    **IT IS FURTHER ORDERED AND ADJUDGED** that the parties' Settlement Agreement (Docket #36-1) be and the same is hereby

**APPROVED** as a fair, reasonable, and adequate compromise of bona fide disputes between the parties (Docket #70);

**IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiff's motion for attorneys' fees and costs (Docket #50) be and the same is hereby **GRANTED** (Docket #70);

**IT IS FURTHER ORDERED AND ADJUDGED** that Class Counsel's request for an award of attorneys' fees of 1/3 of the common settlement fund is reasonable and fair; Hawks Quindel, S.C. shall be awarded $58,333.33 in attorneys' fees plus $5,952.44 in costs. Defendants Reynolds Machine Co., LLC and Sussek Machine Co., LLC must deliver payment for attorneys' fees and costs to Hawks Quindel, S.C. in the amount of $64,285.77 within 30 days of the date of the Court's Order granting final settlement approval (Docket #70);

**IT IS FURTHER ORDERED AND ADJUDGED** that a mandatory injunction is entered requiring that Defendants Reynolds Machine Co., LLC and Sussek Machine Co., LLC deliver payments to Plaintiff, the Collective Class Members and the Rule 23 Class Members identified below, in the following amounts, and pursuant to the following schedule within 30 days of the date of the Court's Order granting final settlement approval (Docket #70):

| LAST NAME | FIRST NAME | SERVICE PAYMENT (1099) | FLSA (W2) | FLSA (1099) | WI LAW (W2) | WI LAW (1099) |
|---|---|---|---|---|---|---|
| CALARA | ROMMEL | | $446.34 | $446.34 | $595.11 | $297.56 |
| KONECKE | CHRISTOPHER | | | | $595.11 | $297.56 |
| BETHE | RUSSELL | | $0.00 | $0.00 | $0.00 | $0.00 |
| SADLER | FRANKLIN | | | | $595.11 | $297.56 |
| COUTLEY | TIMOTHY | | $446.34 | $446.34 | $595.11 | $297.56 |
| ZION | PAUL B. | | $446.34 | $446.34 | $595.11 | $297.56 |
| MILLERMON | ROGER | | $425.27 | $425.27 | $567.02 | $283.51 |
| ABBOTT | BRIAN | | | | $595.11 | $297.56 |
| YAMAT | FREDERICK | | $446.34 | $446.34 | $595.11 | $297.56 |
| YAMAT | JIMMY | | $446.34 | $446.34 | $595.11 | $297.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| YAMAT | NINOY | | | | $10.68 | $5.34 |
| YAMAT | LEONARDO | | $398.93 | $398.93 | $531.90 | $265.95 |
| NIEMI JR. | JAMES | | | | $397.18 | $198.59 |
| VIRAY | PABLITO | | $446.34 | $446.34 | $595.11 | $297.56 |
| STEWART | THOMAS | | $446.34 | $446.34 | $595.11 | $297.56 |
| OLESON | JUSTIN | | $446.34 | $446.34 | $595.11 | $297.56 |
| RIVERA | REYNALDO | | $446.34 | $446.34 | $595.11 | $297.56 |
| CRUZ | MARNEL | | | | $190.91 | $95.46 |
| GENTELE | RONALD | | $446.34 | $446.34 | $595.11 | $297.56 |
| MASANGCAY | DENNIS | | | | $595.11 | $297.56 |
| RIVERA | RENATO | | | | $595.11 | $297.56 |
| TULOD | MARIO | | $446.34 | $446.34 | $595.11 | $297.56 |
| DIAZ-COLON | ABNER | | $14.85 | $14.85 | $19.79 | $9.90 |
| HODGES | JACK | | $446.34 | $446.34 | $595.11 | $297.56 |
| TRAN | VU | | | | $595.11 | $297.56 |
| IGNACIO | JORDAN | | $446.34 | $446.34 | $595.11 | $297.56 |
| HERNANDEZ | MARCOS | | | | $595.11 | $297.56 |
| ANGEL | YAP | | $446.34 | $446.34 | $595.11 | $297.56 |
| BUSTOS | ALEJANDRO | | | | $0.00 | $0.00 |
| KASTA | RANDY | | $446.34 | $446.34 | $595.11 | $297.56 |
| MANANSALA | RODOLFO | | $446.34 | $446.34 | $595.11 | $297.56 |
| MALDONADO | JUAN | | $446.34 | $446.34 | $595.11 | $297.56 |
| FALCIS | EULOGIO | | | | $26.11 | $13.05 |
| GENTELE | JEROMY | | $446.34 | $446.34 | $595.11 | $297.56 |
| MURILLO | FLORENTINE | | $446.34 | $446.34 | $595.11 | $297.56 |
| WEBBER | RANDY | | $446.34 | $446.34 | $595.11 | $297.56 |
| NAYLOR | RYAN | | | | $185.20 | $92.60 |
| CZYSZ | BRYAN | | $446.34 | $446.34 | $595.11 | $297.56 |
| BAATZ | MICHAEL | | $446.34 | $446.34 | $595.11 | $297.56 |
| YUMANG | RUEL | | $446.34 | $446.34 | $595.11 | $297.56 |
| POTEGA | ADAM | | $446.34 | $446.34 | $595.11 | $297.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MICKELSON | JASON | | $446.34 | $446.34 | $595.11 | $297.56 |
| GALLEGOS | RICARDO | | | | $289.91 | $144.96 |
| UDOVICH | JOHN | | $196.36 | $196.36 | $261.82 | $130.91 |
| POPE | VANN | $2,000.00 | $502.46 | $502.46 | $669.95 | $334.98 |
| DVORNIK | MATTHEW | | $446.34 | $446.34 | $595.11 | $297.56 |
| YAMAT | JAIHSON | | $446.34 | $446.34 | $595.11 | $297.56 |
| JAWORSKI | DONALD | | $446.34 | $446.34 | $595.11 | $297.56 |
| MANANSALA | ROBERT | | | | $595.11 | $297.56 |
| CLAYWELL | MATTHEW | | | | $2.37 | $1.19 |
| HODGES | CHLOE | | $188.68 | $188.68 | $251.57 | $125.78 |
| FELIX | DANIEL | | $135.52 | $135.52 | $180.69 | $90.35 |
| RICHARDS | ROBERT | | | | $595.11 | $297.56 |
| DEDIEGO | GUILLERMO | | $75.18 | $75.18 | $100.24 | $50.12 |
| BARBIAN | GERALD | | | | $595.11 | $297.56 |
| DAY | VICTOR | | | | $221.56 | $110.78 |
| HERNANDEZ | ROGOLIO | | $56.03 | $56.03 | $74.70 | $37.35 |
| BECKER | RICHARD | | $408.51 | $408.51 | $544.68 | $272.34 |
| CAROLINA | OTIS | | | | $214.39 | $107.19 |
| REEVES | BYRON | | | | $256.04 | $128.02 |
| MOORE | PHEROH | | $129.30 | $129.30 | $172.39 | $86.20 |
| NIX | TYRI | | | | $111.10 | $55.55 |
| HERNANDEZ | TYRONE | | $31.61 | $31.61 | $42.14 | $21.07 |
| MULLER | THOMAS | | $92.54 | $92.54 | $123.39 | $61.69 |
| IVERSON | DERRICK | | $193.46 | $193.46 | $257.95 | $128.98 |
| NUNEZ-MORROBEL | EDWIN | | | | $226.67 | $113.33 |
| WILSON | TREVOR | | $91.94 | $91.94 | $122.59 | $61.30 |
| MEETZ | JEREMIAH | | $250.25 | $250.25 | $333.67 | $166.83 |
| STELLOH | ALEC | | $196.34 | $196.34 | $261.78 | $130.89 |
| ENRIQUEZ | JACOB | | $74.23 | $74.23 | $98.97 | $49.48 |
| ARNOLD | STEVEN | | $79.01 | $79.01 | $105.35 | $52.68 |

| Last Name | First Name | | | | | |
|---|---|---|---|---|---|---|
| ZION | PAUL G. | | $446.34 | $446.34 | $595.11 | $297.56 |
| EMMER | DALE | | $150.37 | $150.37 | $200.49 | $100.24 |
| BEHLING | TIMOTHY | | | | $80.45 | $40.23 |
| GIGOWSKI | CHAD | | | | $213.26 | $106.63 |
| GONZALEZ | MIGUEL | | | | $146.85 | $73.43 |
| FLOWERS | CAMEO | | $253.32 | $253.32 | $337.76 | $168.88 |
| MARTIN III | ALVIN | | $209.75 | $209.75 | $279.66 | $139.83 |
| MATLOCK | SHAWN | | | | $289.24 | $144.62 |
| WILLIAMS | TRAVIS | | $172.39 | $172.39 | $229.86 | $114.93 |
| IRIZARRY | CARLOS | | $131.69 | $131.69 | $175.59 | $87.79 |
| VALENTINO | LANDO | | $223.63 | $223.63 | $298.18 | $149.09 |
| JELKS | JAHARRIE | | | | $229.86 | $114.93 |
| ARROYO | CARLOS | | $169.04 | $169.04 | $225.39 | $112.69 |
| ABUKAR | ABDIFATAH | $5,000.00 | $158.03 | $158.03 | $210.70 | $105.35 |
| DELEON | LEON | | | | $74.70 | $37.35 |
| SOTO | MIGUEL | | | | $199.21 | $99.61 |
| CRUZ | STEVEN | | | | $24.26 | $12.13 |
| CERNY JR. | KARL | | $123.07 | $123.07 | $164.09 | $82.05 |
| CERNY | KARL T. | | $106.31 | $106.31 | $141.75 | $70.87 |
| BUCHTING | ALVARO | | | | $50.44 | $25.22 |
| CRUZ | BENJAMIN | | $71.83 | $71.83 | $95.77 | $47.89 |
| GOMEZ-HERNANDEZ | PEDRO | | | | $65.77 | $32.88 |
| BIVENS | RICHARD | | | | $160.09 | $80.04 |
| HILLS | TRAIVIONE | | | | $0.64 | $0.32 |
| NELSON | QUINTARIUS | | | | $2.14 | $1.07 |
| LUNA | JONATHON | | | | $0.02 | $0.01 |
| BRUNELLE | STEVEN | | | | $4.87 | $2.43 |
| THOMAS | JABARIE | | | | $1.75 | $0.88 |
| JUAREZ | JOSE | | | | $5.84 | $2.92 |
| ALCALA | CHRISTIAN | | | | $4.09 | $2.04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CARTER | DIAMONTE | | | | $1.75 | $0.88 |
| FLATEN | GABRIEL | | $0.88 | $0.88 | $1.17 | $0.58 |
| KEIL | ROCK | | | | $0.58 | $0.29 |
| HILLS | CHRISTOPHER | | | | $0.39 | $0.19 |
| MILLER | EARL | | | | $0.58 | $0.29 |
| JONES | JOHNNIE | | | | $11.29 | $5.65 |
| MORRIS | DONOVAN | | | | $5.65 | $2.82 |
| MERCEDES | DANIEL | | | | $0.19 | $0.10 |
| VARGAR | EDWARD | | | | $0.10 | $0.05 |
| CAMPBELL | MARIAN | | | | $6.43 | $3.21 |
| BURDICK | LEONARDO | | | | $3.89 | $1.95 |
| GARCIA | CECILIO | | | | $0.19 | $0.10 |
| GLOVER | LAMARR | | | | $0.39 | $0.19 |
| PANKEY | RAQUAN | | $18.84 | $18.84 | $25.12 | $12.56 |
| TUCKER | ARREIUM | | | | $0.97 | $0.49 |
| BEAMON | LAFAYETTE | | | | $0.19 | $0.10 |
| TRUJILLO | JUAN | | | | $0.19 | $0.10 |
| WARD | WESLEY | | | | $0.39 | $0.19 |
| MATHEWS | SAMUEL | | | | $1.17 | $0.58 |
| ROBERTSON | MAURICE | | | | $13.44 | $6.72 |
| TURNER | LAJUAN | | | | $12.27 | $6.13 |
| VALLEJO | PEDRO | | | | $2.14 | $1.07 |
| BAUMANN | TIMOTHY | | | | $1.36 | $0.68 |
| BENTLEY | LEROY | | | | $8.37 | $4.19 |
| FARIAS | ISMAEL | | | | $10.90 | $5.45 |
| RAMIREZ | GUSTAVO | | | | $5.45 | $2.73 |
| LOPEZ | MICHAEL | | | | $3.12 | $1.56 |
| SANCHEZ | JOSE | | | | $43.03 | $21.52 |
| KUHL | MICHAEL | | | | $1.56 | $0.78 |
| FLORES | JOSE | | $2.19 | $2.19 | $2.92 | $1.46 |
| GUZMAN | EMMANUEL | | $7.01 | $7.01 | $9.35 | $4.67 |

| Last Name | First Name | | | | | |
|---|---|---|---|---|---|---|
| MAYS | LONELL | | $11.25 | $11.25 | $14.99 | $7.50 |
| CAJSKI | RYAN | | $6.98 | $6.98 | $9.30 | $4.65 |
| JAMES | DARRELL | | | | $8.96 | $4.48 |
| LONGORIA | ROBERTO | | | | $6.23 | $3.12 |
| BOETTCHER | MICHAEL | | | | $4.28 | $2.14 |
| VILLALOBOS | DAVID | | | | $0.19 | $0.10 |
| O'NEAL | ROGER | | | | $0.97 | $0.49 |
| HAMERICK | MICHAEL | | | | $22.39 | $11.20 |
| SORENSON | ROBERT | | | | $11.29 | $5.65 |
| BORGES | ANTONIO | | | | $2.92 | $1.46 |
| DONNELL | CHRISTOPHER | | | | $1.56 | $0.78 |
| LEE | JAY | | | | $0.19 | $0.10 |
| TATE | CLIFTON | | $11.39 | $11.39 | $15.19 | $7.59 |
| JOPEK | JEFFREY | | $8.62 | $8.62 | $11.49 | $5.74 |
| SCHNUCK | CHRISTOPHER | | | | $0.97 | $0.49 |
| CARTER | DERRION | | | | $2.14 | $1.07 |
| CORTES | HERIBERTO | | | | $2.34 | $1.17 |
| MCKINLEY | JOHN | | | | $11.49 | $5.74 |
| STEPHEN | THOMAS | | | | $0.78 | $0.39 |
| GRANBERRY | JAMES | | | | $12.27 | $6.13 |
| ELENA | ISAAC | | | | $14.02 | $7.01 |
| RIOS | JOE | | | | $4.48 | $2.24 |
| SHAFFER | FORREST | | | | $1.95 | $0.97 |
| ANDERER | JACOB | | | | $3.70 | $1.85 |
| MCCLOUD | COLLIN | | | | $4.09 | $2.04 |
| HOLLOWAY | TIMOTHY | | | | $12.27 | $6.13 |
| NUNO | ANTONIO | | | | $8.96 | $4.48 |
| FERNANDEZ | DIEGO | | $2.04 | $2.04 | $2.73 | $1.36 |
| LEBLANC | BENJAMIN | | | | $1.56 | $0.78 |
| SMITH | MATTHEW | | | | $5.45 | $2.73 |
| HAUS | SHAWN | | | | $3.70 | $1.85 |

| | | | | | | |
|---|---|---|---|---|---|---|
| HOLLOWAY | ANTHONY | | | | $0.39 | $0.19 |
| MONTOYA | MICHAEL | | | | $10.13 | $5.06 |
| PHANTUTHANALAY | BEEJAY | | | | $1.56 | $0.78 |
| LARACUENTE | GEOVANIE | | | | $0.19 | $0.10 |
| RIVERA | SAMUEL | | $7.74 | $7.74 | $10.32 | $5.16 |
| RIDGEWAY | ROBERT | | | | $3.70 | $1.85 |
| RODRIQUEZ | ROBERTO | | | | $10.13 | $5.06 |
| MEYER | DYLLAN | | | | $12.66 | $6.33 |
| ZORN | ROBERT | | | | $5.26 | $2.63 |
| DAVIS | LOUIS | | | | $0.19 | $0.10 |
| LOVE | TENNESSEE | | $1.46 | $1.46 | $1.95 | $0.97 |
| ERDMAN | ERICK | | $7.16 | $7.16 | $9.54 | $4.77 |
| LOR | YING | | | | $0.19 | $0.10 |
| MARTINEZ | JORGE | | | | $1.56 | $0.78 |
| VALDEZ | RADIMIR | | | | $0.19 | $0.10 |
| WALSH | COLIN | | | | $9.15 | $4.58 |
| LOPEZ | JULIAN | | | | $0.39 | $0.19 |
| MORALES | NELSON | | | | $1.56 | $0.78 |
| OLVERA | JAPHET | | | | $24.34 | $12.17 |
| OSTROWIECKI | KYLE | | | | $2.73 | $1.36 |
| VARGUS | SAMUEL | | | | $10.13 | $5.06 |
| GREENWOOD | JESUS | | | | $0.12 | $0.06 |
| DAY | DARYL | | $18.99 | $18.99 | $25.31 | $12.66 |
| JOHNSON | FRANKLIN | | | | $2.53 | $1.27 |
| VILLARREAL | RENE | | | | $0.19 | $0.10 |
| WASHINGTON | DELLON | | | | $0.19 | $0.10 |
| CARRILLO | ROBERTO | | | | $3.12 | $1.56 |
| SANTIAGO | HECTOR | | | | $1.56 | $0.78 |
| CARPENTER | BYRON | | $0.29 | $0.29 | $0.39 | $0.19 |
| RIDLEY | JUSTIN | | | | $4.48 | $2.24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| WILSON | JACOB | | | | $7.59 | $3.80 |
| PAIGE | ANTOINE | | | | $0.58 | $0.29 |
| HOWARD | DESMOND | | | | $0.19 | $0.10 |
| GAVITT | ANTHONY | | | | $1.36 | $0.68 |
| KILLINGWORTH | LORENZO | | | | $1.75 | $0.88 |
| BOBO | ROBERT | | | | $1.17 | $0.58 |
| GUERRA | JAVIER | | $7.45 | $7.45 | $9.93 | $4.97 |
| JEMISON | ANTHONY | | | | $2.34 | $1.17 |
| BERRY | DARICK | | | | $3.12 | $1.56 |
| BROOKS | LEWIS | | | | $0.19 | $0.10 |
| ZAMORA | FRANCO | | | | $1.56 | $0.78 |
| VILLARREAL | JOEL | | | | $0.19 | $0.10 |
| KONG | JERRY | | | | $0.19 | $0.10 |
| OVERLAND | PHILLIP | | | | $2.53 | $1.27 |
| CALDERON | ISMAEL | | | | $4.48 | $2.24 |
| BROWN | DEMETRIUS | | | | $3.89 | $1.95 |
| DAY | VICTOR JR. | | | | $6.04 | $3.02 |
| VEASY | JOSEPH | | | | $0.78 | $0.39 |
| CALDERON | ADRIAN | | | | $1.75 | $0.88 |
| ALVAREZ | RONALD | | | | $1.17 | $0.58 |
| WALKER | RAYMOND | | | | $4.87 | $2.43 |
| CHACON | ORLANDO | | | | $9.15 | $4.58 |
| CRUZ | LUIS | | | | $0.08 | $0.04 |

**IT IS FURTHER ORDERED AND ADJUDGED** that by consent of the parties, the Court shall retain jurisdiction for the sole purpose of enforcing the terms of the Settlement Agreement and the mandatory injunction entered (Docket #70); and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **TERMINATED** except as necessary to enforce the terms of the Settlement Agreement and mandatory injunction entered, with each party to bear their own costs and attorneys' fees except as

provided by the Settlement Agreement and the Court's Order granting final settlement approval (Docket #70).

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

| | |
|---|---|
| | GINA M. COLLETTI<br>Clerk of Court |
| June 30, 2020 | *s/ Jodi L. Malek* |
| Date | By: Deputy Clerk |